UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT W. FRAYER, JR.,

       Plaintiff,                            Case No. 20-cv-10682
                                                Hon. Matthew F. Leitman

v.

NSF INTERNATIONAL,

       Defendant.

_____/

## ORDER DIRECTING PLAINTIFF TO FILE RESPONSE IDENTIFYING RELEVANT PAGES OF DEPOSITION TRANSCRIPT

On October 15, 2021, the Court held a video status conference regarding Plaintiff Robert W. Frayer, Jr.'s currently-pending motion to compel discovery. (*See* Mot., ECF No. 23.)  During that conference, the Court directed Defendant NSF International to file on the Court's docket the deposition transcript of witness Lori Bestervelt and to identify the pages of Ms. Bestervelt's deposition that NSF believed are relevant to Frayer's motion.  On October 26, 2021, NSF complied with the Court's direction and filed a highlighted copy of Ms. Bestervelt's deposition. (*See* Bestervelt Dep. Tr., ECF No. 27.)

**IT IS HEREBY ORDERED** that by no later than **October 5, 2021**, Frayer

shall file a notice with the Court identifying the pages of Ms. Bestervelt's deposition

that he believes are relevant to his motion to compel.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  October 27, 2021

I hereby certify that a copy of the foregoing document was served upon the
parties and/or counsel of record on October 27, 2021, by electronic means and/or
ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764