UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT W. FRAYER, JR.,

    Plaintiff,

v.

Case No. 20-cv-10682
Hon. Matthew F. Leitman

NSF INTERNATIONAL,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that **JUDGMENT** in entered in favor of Defendant NSF International and against Plaintiff Robert W. Frayer, Jr.

    KINIKIA ESSIX
    CLERK OF COURT

By:   s/Holly A. Ryan
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  August 25, 2022
Detroit, Michigan

1